UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-03454-WLH-JC | Date | October 16, 2025 |
|---|---|---|---|
| Title | Kimberly Hudson v. City First Mortgage Services, L.L.C. | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Holidae Crawford | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND [29] AND DEFENDANT'S MOTION TO DISMISS [21]**

The Court is in receipt of Plaintiff's Motion to Amend its original Complaint ("Motion to Amend Complaint," Dkt. No. 29) and Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss," Dkt. No. 21). The Court **ORDERS** Plaintiff's Motion to Amend be **GRANTED**. As the Motion to Amend the Complaint has been granted, Defendant's Motion to Dismiss the original Complaint is **DENIED** as moot. Defendant has 14 days after service of the amended complaint to respond to the amended complaint. *See* Fed. R. Civ. P. 15(a)(3). The hearing calendared for October 17, 2025, is **VACATED**, and the matter taken off calendar.

**IT IS SO ORDERED.**