## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-03454-WLH-AYP | | Date | May 29, 2026 |
|---|---|---|---|---|
| Title | Kimberly Hudson v. City First Mortgage Services, L.L.C. | | | |
| Present: The Honorable | WESLEY L. HSU, United States District Judge | | | |

| Lesbith Castillo | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Kolin Tang<br>Sydney Finlay | Patrice Ruane |

**PROCEEDINGS:**      **HEARING ON ORDER TO SHOW CAUSE RE REPRESENTATION**

**MOTION OF JOHN W. MCGUINNESS TO WITHDRAW [48]**

The matter is called, and counsel state their appearances. For reasons stated on the record, the Court GRANTS the Motion to Withdraw [48] and STRIKES the Motion to Dismiss [37]. Order to issue.

:  03

Initials of Deputy Clerk    lca