UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03454-WLH-AYP | Date | June 1, 2026 |
|---|---|---|---|
| Title | *Kimberly Hudson v. City First Mortgage Services, L.L.C.* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO WITHDRAW [48], OSC RE REPRESENTATION [52] AND MOTIONS TO DISMISS [36] [37]**

The Court is in receipt of Defendant's Motion to Withdraw as Attorney (Defendant's Motion to Withdraw, Dkt. No. 48). On May 29, 2026, the Court heard oral argument regarding Defendant's Motion to Withdraw as well as the Court's Order to Show Cause re Representation. Defendant failed to file substitution of counsel, and the Court construes Defendant's failure to timely respond to the Court's OSC as a concession.

As Defendant is a limited liability company, it cannot proceed without representation. *See* L.R. 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court."); *see also Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989) ("The general rule, widely recognized in federal and state courts, is that a corporation can appear only through an attorney.").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Accordingly, the Court **GRANTS** Defendant counsel's Motion to Withdraw[1] on the condition that counsel serves Defendant at last known address with this Order (and provides such last known address to the Court if they have not already done so).  The Court also **ORDERS** the pending Motions to Dismiss (Defendant's Motion to Dismiss, Dkt. No. 36; Defendant's Motion to Dismiss, Dkt. No. 37) stricken.

      **IT IS SO ORDERED.**

---

[1] This order also applies generally to counsel's firm.