James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
MILLER SHAH LLP
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Christopher E. Roberts (SBN 363586)
Email: CRoberts@butschroberts.com
**BUTSCH ROBERTS & ASSOCIATES LLC**
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY FIRST MORTGAGE SERVICES, L.L.C.,<br><br>Defendant. | Case No. 2:25-cv-03454-WLH-ALP<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

Plaintiff, Kimberly Hudson, hereby moves for an entry of default against Defendant, City First Mortgage Services, L.L.C. ("Defendant") since there has been a failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a). The basis for the motion is set forth below:

1.     On April 18, 2025, Plaintiff filed her Complaint in this matter against Defendant. [Doc. No. 1].

2.     Service was achieved on May 6, 2025. [Doc. No. 15].

3.     On May 23, 2025, counsel entered their appearance for Defendant and the parties agreed to an extension of time by which Defendant could respond to the Complaint, and the Court granted the parties' request. [Docs. 16 and 17].

4.     On July 28, 2025, Defendant filed a Motion to Dismiss the Complaint. [Doc. 21].

5.     Plaintiff subsequently filed an amended complaint, and Defendant filed a renewed Motion to Dismiss. [Docs. 35-37].

6.     The parties then appeared to have resolved the case and filed a Notice of Resolution on February 25, 2026. [Doc. 46].

7.     That resolution fell through and Defendant's counsel also filed a Motion to Withdraw as Counsel. [Docs. 48-49].

8.     On May 29, 2026, the Court granted Defendant's counsel's Motion to Withdraw and struck the pending Motion to Dismiss and entered an order thereafter on June 1, 2026. [Docs. 55-56].

9.    More than 21 days have passed since the Motion to Dismiss has been stricken and Defendant has not appeared or otherwise responded to the Complaint.

10.    Because there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that the Clerk enter a default against Defendant.

WHEREFORE Plaintiff, Kimberly Hudson, hereby moves for the Clerk to enter default against Defendant, City First Mortgage Services, L.L.C. and for the Court to grant any further relief it deems just and proper.

Dated: June 23, 2026

BUTSCH ROBERTS & ASSOCIATES LLC

*/s/ Christopher E. Roberts*
Christopher E. Roberts (SBN 363586)
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Roberts@ButschRoberts.com

MILLER SHAH LLP

*/s/James C. Shah*
James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the date set forth below I caused to be served a true and correct copy of the foregoing document, and all documents filed in support thereof, on all parties, via their counsel of record, in the above-captioned matter by electronic means using the Court's CM/ECF system. A copy of the same will also be sent via United States Postal Service First Class Mail to Defendant at City First Mortgage Services, LLC c/o Legal Department, 750 South Main Street, Suite 104, Bountiful, Utah 84010 and CSC – Lawyers Incorporating Service, Attention: City First Mortgage Services, LLC, 2170 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833.

Dated:  June 23, 2026

*/s/ Christopher E. Roberts*

REQUEST FOR CLERK'S ENTRY OF DEFAULT
Case No. 2:25-cv-03454-WLH-ALP                    -4-